DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    vs.

GUOSHENG QI and GRIDSUM HOLDING
INC.,

        Defendants, and

HUIJIE HE,

        Relief Defendant.

---

Case No. 1:23-cv-07924 (LAK)

*[Handwritten note:]* This is a request to the Clerk, NOT a motion. Please terminate the motion, and act on the request.
*/s/ Lewis A. Kaplan* 1/10/24

**REQUEST BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT GRIDSUM HOLDING, INC. PURSUANT TO FED. R. CIV. P. 55(a)**

**TO THE CLERK OF THE COURT AND TO DEFENDANTS AND RELIEF DEFENDANT:**

    PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") hereby requests that the Clerk, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Defendant Gridsum Holding, Inc. ("Gridsum") for failure to answer, plead, or otherwise respond to the Complaint filed in this action.

    As set forth in the accompanying Declaration of Kristen M. Warden, the SEC caused Gridsum to be served with copies of the Summons and Complaint on September 12, 2023. (Dkt. No. 16).

    Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Gridsum's answers or other responses to the Complaint were due on October 3, 2023.

1