

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-17-24

KRISTEN M. WARDEN | TRIAL COUNSEL
DIRECT DIAL: (202) 256-7941
EMAIL: WARDENK@SEC.GOV

October 16, 2024

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10070-1312

Re: *SEC v. Guosheng Qi, et al.,* **1:23-cv-07924-LAK (S.D.N.Y.)**

Dear Judge Kaplan:

The Securities and Exchange Commission ("SEC") writes to respectfully request a 30-day extension of the October 31, 2024 deadline proposed by the SEC in its Notice to the Court, Doc. No. 43. The Notice to the Court proposed that the SEC would file its motion for default judgment against Gridsum, Qi, and He by October 31, 2024 under Federal Rule of Civil Procedure 55(b)(2), and accompanying Memorandum of Law. *Id.* The SEC requests additional time in order to complete the Commission review process. This is the first time the SEC has requested an extension of the deadline to file its motion for default judgment.

Respectfully,

/s/ Kristen M. Warden
Kristen M. Warden
Trial Counsel

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/17/24