MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GUOSHENG QI and GRIDSUM HOLDING INC.,<br><br>Defendants, and<br><br>HUIJIE HE,<br><br>Relief Defendant. | Case No. 1:23-cv-7924 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·3·24

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
12/3/24

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST**
**DEFENDANTS GUOSHENG QI AND GRIDSUM HOLDING INC.**
**AND RELIEF DEFENDANT HUIJIE HE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, Plaintiff Securities and Exchange Commission ("Commission") requests that the Court grant a motion for default judgment against Defendants Guosheng Qi ("Qi") and Gridsum Holding Inc. ("Gridsum") (collectively "Defendants"), and Relief Defendant Huijie He ("He") based on Defendants' and Relief Defendant's failure to answer or otherwise respond to the Commission's Complaint in this action. The Commission submits in support of this motion:

(1) a memorandum of law, dated November 27, 2024;

1